### WASHINGTON *et al. v.* RUDULPH *et al.*

EVANS, P. J. This case falls under the general rule that the first grant of a new trial will not be disturbed where the evidence does not demand the verdict. Civil Code (1910), § 6204; *Cox* v. *Grady,* 132 *Ga.* 368 (64 S. E. 262).        *Judgment affirmed. All the Justices concur.*
JULY 14, 1914.

Equitable petition. Before Judge Conyers. Camden superior court. March 1, 1913.

*S. C. Townsend,* for plaintiffs. *J. J. Moore,* for defendants.

---

### GREER *v.* THE STATE.

ATKINSON, J. 1. The theory of voluntary manslaughter was not presented either by the evidence or the prisoner's statement, and it was not error to refuse the several requests to charge on that subject, or to omit to charge thereon.

2. In so far as they stated correct principles of law applicable to the case, the requests to charge on the subject of reasonable fear were covered by the general charge.

3. The requests to charge, referred to in the 6th and 11th grounds of the amended motion for new trial, did not correctly state the law, and were properly refused.

4. There was evidence to authorize the instructions complained of in the 16th and 17th grounds of the amended motion for new trial; and the charge as there complained of stated correct principles of law, and did not invade the province of the jury.

5. The evidence was sufficient to support the verdict, and there was no error in refusing a new trial.
                         *Judgment affirmed. All the Justices concur.*
JULY 14, 1914.

Indictment for murder. Before Judge James B. Park. Jasper superior court. April 27, 1914.

*W. S. Florence, Doyle Campbell, E. M. Baynes,* and *H. T. Pope,* for plaintiff in error. *Warren Grice, attorney-general,* and *J. E. Pottle, solicitor-general,* contra.